THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:22-CV-287-LCB-LPA

| | | |
|---|---|---|
| MARTIN RUSSELL DIAMOND,<br><br>Plaintiff,<br><br>v.<br><br>ODEDERE, EUOTE, CRISCO, PARKER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

NOW COMES Defendants Odedere, Euote, Crisco, and Parker (hereinafter "Moving Defendants"), to request an order extending their responsive pleading deadline. In support of this motion, Moving Defendants state the following:

1. Plaintiff commenced this action by filing a Complaint on April 12, 2022. [D.E. 1] In the Complaint, Plaintiff alleges violations of his Eighth Amendment rights.

2. Summons were returned executed for all Moving Defendants on July 5, 2022. [D.E. 7] Moving Defendants were served on June 23, 2022, making their responsive pleadings due July 14, 2022.

3. Moving Defendants hereby seek an order from this Court extending their responsive pleading deadline to be filed on or before August 12, 2022. The extension of time requested herein will provide the undersigned counsel adequate time to complete their investigation into the claims and factual allegations asserted in the complaint and to obtain approval to provide defense.

4. Under the Defense of State Employees Act ("DSEA"), codified at N.C.G.S. § 143-300.3 et seq., the State of North Carolina may provide a defense to State employees if the employee requests a defense and if the acts complained of in the civil action are actions or omissions which occurred during the course and scope of employment. Pursuant to DSEA, before a defense can be provided by the State, the employee must request representation and a determination must be made that grounds exist which allow a defense pursuant to DSEA.

5. The enlargement of time requested herein will afford Moving Defendants an adequate period of time to request representation, and will also afford undersigned counsel an opportunity to determine whether approval of representation, if requested, should be recommended and confirmed by the Chief Deputy Attorney General.

6. Undersigned counsel believes that the enlargement requested herein is a reasonable and necessary timeframe in which to conduct this review, and that Moving Defendants will be prejudiced should such an extension not be granted. The undersigned files this motion in good faith and not for any improper purpose.

7. Undersigned counsel has not contacted Plaintiff due to the time-sensitive nature of this motion and the fact that Plaintiff is in DPS custody. Therefore, undersigned counsel is unable to advise the Court as to Plaintiff's position regarding this Motion or the relief sought therein.

WHEREFORE, for the reasons set forth above, for good cause, and in the interests of justice, Defendants respectfully request that the Court grant an enlargement of time up to and including August 12, 2022, to file an Answer or otherwise respond to Plaintiff's Complaint.

This the 15th day of July, 2022.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Bettina J. Roberts
Bettina J. Roberts
Assistant Attorney General
N.C. State Bar No. 43356
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6540
Facsimile: (919) 716-6761
E-mail: bjroberts@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** with the Clerk of the Court using the CM/ECF system, and have served a copy of same upon the Plaintiff, a *non* CM/ECF participant via first-class regular United States Mail addressed as follows:

Martin Russell Diamond
OPUS # 1324877
Scotland Correctional Institution
22385 Mcgirt's Bridge Road
Laurinburg, NC 28353
*Pro se plainitff*

This the 15th day of July, 2022.

/s/ Bettina J. Roberts
Bettina J. Roberts
Assistant Attorney General