THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Case No. 1:22-CV-00287

| | | |
|---|---|---|
| MARTIN RUSSELL DIAMOND,<br><br>Plaintiff,<br><br>v.<br><br>ODEDERE, *et al*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTIONS**<br><br>Local Rule 56.1(a) |

NOW COME Defendants Jennifer Crisco, Jacob Parker, and Tyler Euote, (hereafter collectively "Defendants") by and through Special Deputy Attorney General Bettina J. Roberts, and hereby provide notice pursuant to Local Civil Rule 56.1(a) that they intend to file a dispositive motion in this matter.

Respectfully submitted, this the 31st day of May, 2023.


**JOSHUA H. STEIN**
**ATTORNEY GENERAL**

/s/ Bettina J. Roberts
Bettina J. Roberts
Special Deputy Attorney General
State Bar No. 43356
N. C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6540
Facsimile: (919) 716-6761
Email bjroberts@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTIONS** with the Clerk of the Court utilizing the CM/ECF system, and I further certify that I have caused to be mailed said document via regular U. S. Mail postage prepaid, to the Plaintiff, a non-CM/ECF participant as follows:

Martin Russell Diamond
OPUS No. 1324877
Scotland Correctional Institution
22385 McGirt's Bridge Road
Laurinburg, NC 28353
*Pro Se Plaintiff*

This the 31st day of May, 2023.

/s/ Bettina J. Roberts
Bettina J. Roberts
Special Deputy Attorney General