IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
DEC 17 2024
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By DB

| | | |
|---|---|---|
| MARTIN RUSSELL DIAMOND,<br>Plaintiff,<br><br>vs.<br><br>ODETAYO ODEDERE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:22CV287 |

## VERDICT SHEET

**PLAINTIFF'S CLAIMS**

**Excessive Force**

**Issue 1:** Did Plaintiff, Martin Diamond, prove by a preponderance of the evidence that the Defendant, Odetayo Odedere, violated Plaintiff's Eighth Amendment Rights under the U.S. Constitution by using excessive force?

Yes __X__ No______

**(Proceed to the next question.)**

**Battery**

**Issue 2:** Did Plaintiff, Martin Diamond, prove by a preponderance of the evidence that the Defendant, Odetayo Odedere, committed a battery upon him?

Yes __X__ No______

**(Proceed to the next question.)**

*If you answered "Yes" to Issue 1 or Issue 2, please proceed.*

*If you answered "No" to Issue 1 and Issue 2 proceed to Defendant's Claim on page 3.*

## Actual Damages for Mr. Diamond

**Issue 3:**

**A.** What amount, if any, is Mr. Diamond entitled to recover for economic damages?

$ Ø

**B.** What amount, if any, is Mr. Diamond entitled to recover for non-economic damages?

$ Ø

*Add together the amounts from 3A and 3B and put the total amount on the line below.*

Total Damages: $ Ø

**(Proceed to the next question.)**

## Nominal Damages for Mr. Diamond

*If did not award damages in Issue 3 please consider the following question.*

**Issue 4:** Did Plaintiff, Martin Diamond, prove his rights were violated but did not prove that he has suffered harm as a result, or that his injury has no monetary value then you should place $1.00 on the line below.

$ 1

**(Proceed to the next question.)**

## Punitive Damages for Mr. Diamond

*If you answered "Yes" to Issue 1 or Issue 2, and awarded damages in Issue 3 or Issue 4, please consider the following issue.*

**Issue 5:** Do you find by a preponderance of the evidence that the Defendant, Mr. Odedere, acted with wanton, reckless, or callous disregard for the constitutional rights of the Plaintiff, Mr. Diamond.

Yes __X__ No____

*If you answered "Yes," state the amount of punitive damages below.*
*If you answered "No," proceed to the next question.*

What amount of punitive damages, if any, is Mr. Diamond entitled to recover from Mr. Odedere?

$ 10,000

## DEFENDANT'S CLAIM

### Assault

**Issue 6:** Did Defendant, Odetayo Odedere, prove by a preponderance of the evidence that the Plaintiff, Martin Diamond, committed an assault upon him?

Yes ____ No __X__

*If you answered "Yes" to Issue 6, please proceed.*

*If you answered "No" to Issue 6 please end your deliberations now.*

## Compensatory Damages for Mr. Odedere

*If you answered "Yes" to Issue 6 please consider the following issue.*

**Issue 7:**

**A.** What amount, if any, is Mr. Odedere entitled to recover for economic damages?

$ —

**B.** What amount, if any, is Mr. Odedere entitled to recover for non-economic damages?

$ —

*Add together the amounts from 7A and 7B and put the total amount on the line below.*

Total Damages: $ —

**Nominal Damages for Mr. Odedere**

*If did not award damages in Issue 7 please consider the following question.*

**Issue 8:** Did Defendant, Odetayo Odedere, prove his rights were violated but did not prove that he has suffered harm as a result, or that his injury has no monetary value, then you should place $1.00 on the line below.

$ —

PLEASE SIGN AND DATE THIS JURY VERDICT FORM AND RETURN IT TO THE COURT.

FOREPERSON

12-17-24

DATE