IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

22-CV-00287

FILED IN THIS OFFICE JAN 17 2025 Clerk U.S. District Court Greensboro, NC By

MARTIN RUSSELL DIAMOND,
PLAINTIFF,
v.
ODEPERE, ET AL.,
DEFENDANTS.

MOTION FOR NEW TRIAL AS TO DAMAGES ONLY

NOW COMES PLAINTIFF MARTIN RUSSELL DIAMOND AND MOVES THE COURT, PURSUANT TO RULE 59(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE, FOR NEW TRIAL AS TO DAMAGES ONLY.

THE GROUNDS AND LEGAL AUTHORITY IN SUPPORT OF THIS MOTION ARE EXPLAINED IN A BRIEF SUBMITTED CONCURRENTLY HEREWITH.

FOR THE REASONS SET FORTH IN THE SUPPORTING BRIEF, PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT GRANT MOTION FOR NEW TRIAL AS TO DAMAGES ONLY.

THIS THE 9TH DAY OF JANUARY, 2025

Martin Russell Diamond
MARTIN RUSSELL DIAMOND

MARTIN RUSSELL DIAMOND #1324877
MARION CORRECTIONAL INSTITUTION
355 OLD GLENWOOD ROAD
MARION, NC 28752
MAILING ADDRESS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JANUARY 9 2025 I SERVED THE FOREGOING MOTION FOR NEW TRIAL AS TO DAMAGES ONLY UPON ALL COUNSEL AND PARTIES LISTED BELOW BY DELIVERING THE SAME TO OFFICIALS AT MARION CORRECTIONAL INSTITUTION FOR PLACEMENT IN THE UNITED STATES MAIL, POSTAGE PREPAID.

JONATHAN REICH
N.C. STATE BAR # 41546

NICHOLAS D. ACEVEDO
N.C. STATE BAR # 59228

WOMBLE BOND DICKINSON (US) LLP
ONE WEST FOURTH STREET
WINSTON-SALEM, NC 27101

ATTORNEYS FOR DEFENDANT ODEDERE

DATE: JANUARY 9 2025

Martin Russell Diamond
MARTIN RUSSELL DIAMOND