IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARTIN RUSSELL DIAMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV287 |
| | ) | |
| ODETAYO ODEDERE, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with the undersigned presiding, and the jury has rendered a verdict in favor of the Plaintiff Martin Russell Diamond on claims of excessive force, battery, and awarded punitive damages as set out in the verdict form filed in this matter on December 17, 2024. (ECF No. 114). Based upon the jury's verdict,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment is entered in accordance with verdict in favor of Plaintiff Martin Russell Diamond on claims of excessive force, battery, and awarded punitive damages, and this this action is **DISMISSED.**

This the 14th day of February 2025.

/s/ Loretta C. Biggs
United States District Judge