IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARTIN RUSSELL DIAMOND,       )
                              )
        Plaintiff,             )
                              )
    v.                         )    1:22-cv-287
                              )
ODEDERE, Unit Manager,         )
                              )
        Defendant.             )

**ORDER**

On October 27, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 132, 133.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Plaintiff's last known address at Central Prison, 1300 Western Boulevard, Raleigh, North Carolina, but returned as undeliverable and marked "Return to Sender, Refused." (See Doc. 134.) This court has no obligation to locate Plaintiff to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address. LR 11.1(b). Because Plaintiff has not provided the court with an address within 63 days of the date of the last return of mail, the local rules permit the case to be dismissed without prejudice for

failure to prosecute. See LR 11.1(b). However, because the case has already been dismissed, no notice of appeal has been filed, and the Recommendation was not served on Defendant, (see Doc. 134), this court will address the motion directly.

Plaintiff is seeking an extension of time to file a notice of appeal. (Doc. 131.) Plaintiff alleges he "was in Hospital from September 27, 2025 to October 19, 2025." (Id.) The deadline for Plaintiff to appeal the Judgment, (Doc. 122), and the Memorandum Opinion and Order denying Plaintiff's Motion for a New Trial as to Damages Only, (Doc. 130), was September 24, 2025. See Fed. R. App. P. 4(a)(4)(A).

In order to receive an extension of time to appeal, a party must show excusable neglect or good cause. Fed. R. App. P. (5)(A)(ii). Plaintiff has proffered good cause for failing to file a notice of appeal between September 27, 2025 and October 19, 2025. However, Plaintiff offers no explanation as to why a timely notice of appeal was not filed between August 24, 2025 and September 26, 2025. Under these circumstances, this court is not able to find excusable neglect or good cause for the extension.

**IT IS THEREFORE ORDERED** that the Recommendation, (Doc. 132), is adopted as moot.

**IT IS FURTHER ORDERED** that Plaintiff's motion for extension of time to file Notice of Appeal, (Doc. 131), is **DENIED WITHOUT PREJUDICE**.

This the 26th day of January, 2026.

/s/ William L. Osteen, Jr.
United States District Judge