IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARTIN RUSSELL DIAMOND, )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        1:22-cv-287
                                      )
ODEDERE, Unit Manager,                )
                                      )
            Defendant.                )

## **ORDER**

This matter is before the court for review of the Text Recommendation ("Recommendation") filed on April 13, 2026, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (See Doc. Ent. 4/13/2026.) In the Recommendation, the Magistrate Judge recommends that the court deny Plaintiff's Letter Motion, (Doc. 136), as moot. The Recommendation was served on Plaintiff April 14, 2026. (Doc. 137.) Plaintiff filed timely objections, (Doc. 138), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a <u>de</u> <u>novo</u> determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Doc. Ent. 4/13/2026), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Letter Motion, (Doc. 136), is **DENIED** as **MOOT.**

This the 15th day of June, 2026.

_____
United States District Judge

- 2 -